Case 2:16-cv-00720-JFW   Document 33   Filed 04/01/16   Page 1 of 2   Page ID #:233

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| In re<br><br>ENCINO CORPORATE PLAZA, L.P.,<br><br>Debtor. | Case No. 2:16-cv-720-JFW (formerly 1:15-bk-14234-GM)<br>[Related Cases 11 CV 815 (JFW); 15 CV 7625 (JFW) and 15 CV 8520 (JFW)]<br><br>**ORDER DISMISSING CASE PER STIPULATION** |

ORDER OF DISMISSAL

|   |   |
|---|---|
| 1 | Pursuant to the Stipulation for Voluntary Dismissal of Bankruptcy, |
| 2 | IT IS HEREBY ORDERED: |
| 3 | 1. This case is dismissed. |
| 4 | |
| 5 | DATED: April 1, 2016                    _____ |
|   |                                          The Hon. John F. Walter |
| 6 |                                          United States District Judge |